884 A.2d 249

**COMMONWEALTH of Pennsylvania**

v.

**Karl LONG**

**Petition of Tribune–Review Publishing Company.**

Supreme Court of Pennsylvania.

Sept. 21, 2005.

### ORDER

PER CURIAM:

**AND NOW,** this 21st day of September 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following question:

Whether the First Amendment to the United States Constitution, Article I, Section 11 of the Pennsylvania Constitution, and/or the common law provide a right of access to the names and addresses of impaneled jurors in a criminal case?